HENRY MATHEWSON *vs.* HENRY C. MATHEWSON.

Where parts of an answer to a bill in Equity are *prima facie* scandalous, the Court will order a reference to a Master, without examining whether or not they are material and responsive to the bill.

IN a case in Equity, on motion of the plaintiff setting forth certain parts of the Answer to the Bill, which he complained of as scandalous, and requesting a reference to the Master : The Court held, the words complained of being *prima facie* scandalous, they would order the reference, without examining the bill and answer to ascertain whether said words were or not material and responsive to the bill.